IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:24-CR-70-FDW |
| v. ) | **FACTUAL BASIS** |
| JAMES ALLEN BRIDGES ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime. The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. From in or about December of 2021 through in or about December of 2022, in Mecklenburg County, within the Western District of North Carolina, the defendant, **James Allen BRIDGES**, did knowingly and intentionally combine, conspire, confederate, and agree with persons, known and unknown to the Grand Jury, to distribute a controlled substance, that is, five hundred (500) grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A). All in violation of Title 21, United States Code, Section 846.

DENA J. KING
UNITED STATES ATTORNEY

*(signed)* Will M Wiseman
WILL WISEMAN
SPECIAL ASSISTANT UNITED STATES ATTORNEY

### Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Plea Agreement, and the Bill of Information in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Plea Agreement, and the Bill of Information. I hereby certify that the defendant does not dispute this Factual Basis.

*(signed)*
MURDOCH WALKER, Attorney for Defendant     DATED: March 12, 2024

*(signed)*
JAMES ALLEN BRIDGES, Defendant     DATED: 3-11-24

2

Scanned by TapScanner